# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| RENA KAY SOVERNS, | Case No.  20-cv-06258-BLF |
| Plaintiff, | |
| v. | **VERDICT FORM** |
| DELTA AIR LINES INC., | |
| Defendant. | |

## VERDICT FORM

We, the Jury, unanimously answer the questions submitted to us as follows:

1. Was Rena Soverns harmed on July 6, 2019, aboard Delta Air Lines, Inc.'s aircraft?

____X____ Yes    _____ No

*If your answer to Question 1 is "Yes", then answer Question 2. If your answer to Question 1 is "No", do not answer Questions 2 or 3, and have the Presiding Juror sign and date this form.*

2. Was Delta Air Lines, Inc.'s negligence a substantial factor in causing harm to Rena Soverns?

____X____ Yes    _____ No

*If your answer to Question 2 is "Yes", then answer Question 3. If your answer to Question 2 is "No", do not answer Question 3, and have the Presiding Juror sign and date this form.*

3. What are Rena Soverns' damages?

a. Past noneconomic damages: $ 542,000.00 _____.

b. Future noneconomic damages: $ 758,000.00 _____.

_____
Presiding Juror

May 3, 2023
_____
Date

*After this Verdict Form has been completed and signed, notify the Clerk that you are ready to present your verdict in the Courtroom.*